UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QIAO WANG,

          Plaintiff,

    v.

DANIELLE LEHMAN,

          Defendant.

Case No.  25-cv-07349-SVK

**ORDER TO SHOW CAUSE FOR FAILURE TO RESPOND TO COURT ORDER**

Re: Dkt. Nos. 15, 18

Before the Court is Plaintiff's complaint for writ of mandamus against Danielle Lehman, in her official capacity of Director of the U.S. Citizenship and Immigration Services ("USCIS"), for failure to timely adjudicate her pending I-589 Asylum Application.  Dkt. 1.  The case was stayed on October 27, 2025, pursuant to the stipulation of the Parties, based on the lapse in appropriations at that time.  Dkts. 12-13.  Upon renewal of funding, the Parties stipulated to continue the stay as USCIS had scheduled an interview for Plaintiff on January 6, 2026.  Dkts. 14-15.  The Parties' were to file a joint status report by May 6, 2026.  Dkt. 15.

No status report was filed on May 6, and the Court *sua sponte* extended the deadline to May 15, 2026.  Dkt. 18.  No status report has been filed.  Accordingly, the Parties are **ORDERED TO SHOW CAUSE** as to why they have failed to respond to the Court's orders and failed to file any status report.  The Parties **shall jointly** respond to this Order to Show cause **no later than June 2, 2026** and provide the status of the case.  If no response is filed, the Parties **shall appear** for an Order to Show Cause hearing on **June 9, 2026 at 9:30 a.m.** via videoconference.

    **SO ORDERED.**

Dated: May 19, 2026

                            SUSAN VAN KEULEN
                            United States Magistrate Judge

United States District Court
Northern District of California